JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

REACH DIGITAL, LLC,

        Plaintiff,

      v.

REACH PROJECTS, INC., a Delaware corporation; REACH NATIONAL CORP., a California nonprofit corporation; DYLAN HUEY, an individual; and DOES 1 through 10, inclusive,

        Defendants.

Case No.: 2:26-cv-3343

Hon. Maame Ewusi-Mensah Frimpong

**ORDER DISMISSING ACTION WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(i))**

## ORDER

IT IS HEREBY ORDERED that:

This action is hereby DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS SO ORDERED.**

DATED:  June 29, 2026

_____
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE Case No.:
2:26-cv-3343